# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129500-1 & (31)
(33)(35)(41)

THIRD JUDICIAL CIRCUIT COURT,
      Plaintiff-Appellant,

v

                                SC: 129500-1
                                COA: 262586, 263413
THE JUDICIAL ATTORNEYS                Wayne CC: 00-004468-CK
ASSOCIATION,
      Defendant-Appellee.

_____/

      On order of the Court, the motions for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the September 15, 2005 orders of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that the stay entered by this Court on September 29, 2005 remains in effect until completion of this appeal. The motion to vacate or reconsider is DENIED as moot.

      We retain jurisdiction.

      CAVANAGH, WEAVER, and KELLY, JJ., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2006                                 _____

d0110                                            Clerk